UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14023-CR-GRAHAM/LYNCH
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

JAVIER REYNALDO WILLIAMS,
LAMAR ARDLEY, JR.,
LARRY BERNARD SMITH, and
ARTHUR LEE SMITH,

Defendants.
_____/



FILED by ____ D.C.

MAR 18 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning in or about March 2009 and continuing through on or about December 3, 2009, in Okeechobee County, in the Southern District of Florida, and elsewhere, the defendants,

**JAVIER REYNALDO WILLIAMS,
LAMAR ARDLEY, JR.,
LARRY BERNARD SMITH, and
ARTHUR LEE SMITH,**

did knowingly and intentionally combine, conspire, confederate and agree with persons both known and unknown to the Grand Jury to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

## COUNT TWO

On or about April 2, 2009, in Okeechobee County, in the Southern District of Florida, the defendant,

**JAVIER REYNALDO WILLIAMS,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved cocaine base, commonly known as crack cocaine.

## COUNT THREE

On or about April 27, 2009, in Okeechobee County, in the Southern District of Florida, the defendant,

**JAVIER REYNALDO WILLIAMS,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

## COUNT FOUR

On or about May 21, 2009, in Okeechobee County, in the Southern District of Florida, the defendants,

**JAVIER REYNALDO WILLIAMS, and**
**LAMAR ARDLEY, JR.,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved cocaine base, commonly known as crack cocaine.

## COUNT FIVE

On or about July 8, 2009, in Okeechobee County, in the Southern District of Florida, the defendants,

**JAVIER REYNALDO WILLIAMS, and**
**LARRY BERNARD SMITH,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved cocaine base, commonly known as crack cocaine.

## COUNT SIX

On or about July 15, 2009, in Okeechobee County, in the Southern District of Florida, the defendants,

**JAVIER REYNALDO WILLIAMS, and
ARTHUR LEE SMITH,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved cocaine base, commonly known as crack cocaine.

## COUNT SEVEN

On or about August 5, 2009, in Okeechobee County, in the Southern District of Florida, the defendant,

**JAVIER REYNALDO WILLIAMS,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved cocaine base, commonly known as crack cocaine.

## COUNT EIGHT

On or about September 24, 2009, in Okeechobee County, in the Southern District of Florida, the defendant,

**JAVIER REYNALDO WILLIAMS,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved cocaine base, commonly known as crack cocaine.

## COUNT NINE

On or about October 3, 2009, in Okeechobee County, in the Southern District of Florida, the defendant,

**JAVIER REYNALDO WILLIAMS,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved cocaine base, commonly known as crack cocaine.

## COUNT TEN

On or about November 13, 2009, in Okeechobee County, in the Southern District of Florida, the defendant,

**JAVIER REYNALDO WILLIAMS,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

A TRUE BILL

_____
FOREPERSON

_____
JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

_____
THEODORE M. COOPERSTEIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.
                                  **CERTIFICATE OF TRIAL ATTORNEY***
JAVIER REYNALDO WILLIAMS,
LAMAR ARDLEY, JR.
LARRY BERNARD SMITH, and
ARTHUR LEE SMITH,

            Defendants.
_____/   **Superseding Case Information:**

**Court Division**: (Select One)       New Defendant(s)       Yes ____  No ____
                                       Number of New Defendants ____
____ Miami    ____ Key West            Total number of counts  ____
____ FTL      ____ WPB   _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I   0 to 5 days       _X_           Petty     ____
   II  6 to 10 days      ____          Minor     ____
   III 11 to 20 days     ____          Misdem.   ____
   IV  21 to 60 days     ____          Felony    _X_
   V   61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) __Yes__
   If yes:
   Judge: K. Michael Moore        Case No. 09-14053-CR-GRAHAM(MOORE)Lynch
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) __Yes__
   If yes:
   Magistrate Case No.  10-43-FJL
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  _X_ No

                                       _____
                                       THEODORE M. COOPERSTEIN
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Florida Bar No. A5501084

*Penalty Sheet(s) attached                                       REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.

Defendant's Name: **JAVIER REYNALDO WILLIAMS**

| COUNT | VIOLATION | U.S. CODE | * MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to distribute cocaine base | 21:846<br>21: 841(a)(1) | 5-40 years<br>$2 million Fine<br>SR: 4 years to Life<br>$100 S/A for each count |
| 2,7,8,9 | Distribution of cocaine base | 21:841(a)(1) | 20 years<br>$1 million Fine<br>SR: 3 years to Life<br>$100 S/A each count |
| 4,5,6 | Distribution of cocaine base | 21:841(a)(1)<br>18:2 | 20 years<br>$1 million Fine<br>SR: 3 years to Life<br>$100 S/A each count |
| 3, 10 | Distribution 5 grams or more of cocaine base | 21:841(a)(1) | 5-40 years<br>$2 million Fine<br>SR: 4 years to Life<br>$100 S/A for each count |

*Because of the defendant's prior criminal convictions, he could face enhanced penalties of 10 years to life imprisonment, $4 million fine, and 8 years to life supervised release (Counts 1, 3, 10), or up to 30 years imprisonment, $2 million fine, and 6 years to life supervised release (Counts 2,4,5,6,7,8,9)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT:     **JAVIER REYNALDO WILLIAMS**

**US MARSHALS CUSTODY**
(Personal Surety)(Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Theodore M. Cooperstein

Last Known Address: 1215 NE 15TH Ave., Okeechobee, Florida 34972-3055

What Facility:   St. Lucie County Jail, Fort Pierce, FL

Agent(s):        (DEA) S/A Ron Coddrington
(FBI)(SECRET SERVICE)(DEA)(IRS)(ICE)(OTHER)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.

Defendant's Name:     **LAMAR ARDLEY, Jr.**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to distribute cocaine base | 21:846<br>21:841(a)(1) | 5-40 years<br>$2 million Fine<br>SR: 4 years to Life<br>$100 S/A for each count |
| 4 | Distribution of cocaine base | 21:841(a)(1)<br>18:2 | 20 years<br>$1 million Fine<br>SR: 3 years to Life<br>$100 S/A each count |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.

Defendant's Name:    **LARRY BERNARD SMITH**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to distribute cocaine base | 21:846<br>21:841(a)(1) | 5-40 years<br>$2 million Fine<br>SR: 4 years to Life<br>$100 S/A for each count |
| 5 | Distribution of cocaine base | 21:841(a)(1)<br>18:2 | 20 years<br>$1 million Fine<br>SR: 3 years to Life<br>$100 S/A each count |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.

Defendant's Name: **ARTHUR LEE SMITH**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to distribute cocaine base | 21:846<br>21:841(a)(1) | 5-40 years<br>$2 million Fine<br>SR: 4 years to Life<br>$100 S/A for each count |
| 6 | Distribution of cocaine base | 21:841(a)(1)<br>18:2 | 20 years<br>$1 million Fine<br>SR: 3 years to Life<br>$100 S/A each count |