AO 442 (Rev. 01/09) Arrest Warrant                                    AUSA THEODORE M. COOPERSTEIN

## UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 10-14023-CR-GRAHAM/LYNCH |
| ARTHUR LEE SMITH | ) | |
| Defendant. | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ARTHUR LEE SMITH                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  Conspiracy to distribute and distribution of cocaine base

*FILED D.C.*
*MAR 19 2010*
*STEVEN M. LARIMORE*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. - FT. PIERCE*

Date: March 18, 2010

*Issuing officer's signature*

City and state:  Fort Pierce, Florida                       Frank J. Lynch, Jr. U.S. Magistrate Judge
                                                             *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 03/18/2010, and the person was arrested on *(date)* 03/18/2010 at *(city and state)* Okeechobee, FL. | |
| Date: 03/19/2010 | *Arresting officer's signature* |
| | Ron Coddington, SA |
| | *Printed name and title* |

1869898
1004-0319-6440-2