UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14023-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA

-v-

ARTHUR LEE SMITH
_____/

Reg No:      N/A
Language:    ENGLISH

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **FRANK J. LYNCH, JR.** on **MARCH 22, 2010**, where the Defendant was arraigned and a plea of NOT GUILTY was entered by the Defendant. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFT'S DOCKET NUMBER:**      10-14023-CR-DLG-004

**DEFENSE COUNSEL:**      CJA Christopher A. Haddad, Esquire
320 Pine Street
West Palm Beach, FL 33407
Phone:  561-832-1126
Fax:    561-832-1127
Email:  chris@chrishaddad.com

**BOND SET/CONTINUED:**      _____Temporary Detained_____

Bond hearing held: YES_____   NO  XX    PTD hearing  3/25/10 @9:30 a.m.

Dated this 22nd day of March, 2010 in Fort Pierce, Florida.

STEVEN M. LARIMORE
Court Administrator•Clerk of Court

By:   Colette Griffin-Arnold
Deputy Clerk

cc:   Courtroom Deputy, District Judge
      U.S. Attorney Office
      Defense Counsel
      Pre-Trial Services
      arrninfo.sht