# COURT MINUTES

## U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

### FORT PIERCE COURTHOUSE: Courtroom #108

| | | | |
|---|---|---|---|
| **DEFT:** | ARTHUR LEE SMITH (J) | **CASE NO:** | 10-14023-CR-GRAHAM |
| **AUSA:** | Ted Cooperstein *present* | **ATTORNEY:** | CJA Christopher Haddad *present* |
| **AGENT:** | Shane Snyder, DEA Task Force | **VIOL:** | 21:841(a)(1) and 21:846 Conspiracy to PWID cocaine |
| **PROCEEDING:** | Detention Hearing | **BOND REC:** PTD | **SET:** |

---

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/ travel documents.

X 4) Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person.

X 5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

X 6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

X 8) No contact with victims/witnesses.

X 9) No firearms.

X 10) Curfew: 9:00 p.m. to 7:00 a.m.

X 11) Travel extended to SD/Florida.

X 12) Additional conditions:
Deft to reside at current address on bond papers and bond must be co-signed by parents, Oscar and Jeannie Smith prior to release from custody.

*Deft present with counsel, CJA Christopher Haddad*

*Detention hearing held:*

*-Government begins by proffer*

*-Detective Shane Snyder, Okeechobee County Sheriff's Office sworn and testimony taken by Defense counsel*

*-Defense counsel proffers for release on personal surety bond*

*Court sets $100,000 Personal Surety Bond with special conditions*

**DISPOSITION:** PTDhrgheld;Bondset

---

**NEXT COURT APPEARANCE:**   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL: 

PTD/BOND HEARING: 

PRELIM/ARRAIGNMENT SET: 

STATUS CONFERENCE: 

DATE: 3/25/10   START TIME: 9:30 A.M.   Time in Court: 20 Minutes   Tape #10 - 20- FJL  @ 170   (DAR: 09.44.26)