UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-14023-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARTHUR LEE SMITH,

    Defendant.
_____/

### MOTION TO MODIFY CONDITIONS OF BOND

    COMES NOW, the Defendant, ARTHUR LEE SMITH, by and through his undersigned attorney, and hereby moves this Court to modify the Special Conditions of Bond as there is now a conflict in its terms and as grounds therefore would state as follows:

    1.    Defendant was released upon posting a $100,000 personal surety bond with conditions. Special conditions of the bond require him to, "Maintain or actively seek full-time employment;" and also provides for, "Curfew: You are restricted to your residence every day from 9 PM to 7 AM, or as directed by the Court."

    2.    Pursuant to the "employment" requirement, the Defendant sought work at a variety of local establishments and was finally hired on April 9, 2010 to work as a cook at the Taco Bell located on Route 441 in Okeechobee, Florida. He has been advised that his work schedule will be assigned on a weekly basis, changing each week, some evenings would be later than 9 PM.

    3.    The availability of employment for the Defendant is seriously limited by his young age, lack of experience and the serious recession the area is experiencing.

4. The Defendant cannot maintain his employment as required and at the same time obey the curfew that has been set. It is respectfully requested that the hours of Defendant's curfew be modified so that he may work at the job he has found at the hours they set for him.

5. Assistant United States Attorney, Theodore Cooperstein, is unavailable but did not oppose the same request that was made by Mr. Smith's brother.

WHEREFORE, the Defendant, ARTHUR LEE SMITH, respectfully requests this Honorable Court grant the foregoing Motion to Modify the Special Conditions of Bond.

I HEREBY CERTIFY that on April 20, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served via U.S. Mail to those counsel who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

/s/ CHRISTOPHER A. HADDAD
LAW OFFICE OF
CHRISTOPHER A. HADDAD, P.A.
320 Pine Street
West Palm Beach, FL  33407
Telephone:  (561) 832-1126
Fax:  (561) 832-1127
Fla. Bar No. 0879592