UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14023-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ARTHUR LEE SMITH,

   Defendant.
_____/

FILED by ___ D.C.
APR 2 1 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON MOTION TO MODIFY CONDITIONS OF BOND [D.E. #60]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and otherwise being advised, this Court makes the following findings:

1. The motion requests modification of the special conditions of the Defendant's bond by permitting him to work at Taco Bell during certain hours which conflict with the special condition of Defendant's curfew between the hours of 9:00 p.m. to 7:00 a.m.

2. The motion states that the Defendant's work schedule is assigned on a weekly basis, changing each week, with some evenings working later than the 9:00 p.m. curfew set by this Court.

3. Defendant's supervising U. S. Probation Officer David Farinacci has no objection to the granting of the motion for purposes of Defendant's employment.

4. This Court will grant the motion and direct the Defendant to immediately provide Mr. Farinacci with the Defendant's work schedule and hours as soon as the Defendant receives that information.

It is therefore

**ORDERED AND ADJUDGED** that the motion is **GRANTED** insofar as the special condition relating to Defendant's curfew shall be modified for employment purposes only and the Defendant shall strictly adhere to the directions as set forth herein above. All other conditions of the Defendant's bond shall remain intact.

**DONE AND ORDERED** this _____ day of April, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Theodore M. Cooperstein
Christopher A. Haddad, Esq.
USPO David Farinacci