UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 10-14023-CR-GRAHAM/MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ARTHUR LEE SMITH,

        Defendant.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**PURSUANT** to the Defendant's request to enter a plea before the Magistrate Judge in accordance with 28 U.S.C. Section 636 and the Magistrate Rules for the Southern District of Florida, the above captioned cause is hereby referred to United States Magistrate Judge **Frank J. Lynch Jr.**, for a **Change of Plea.**

**DONE AND ORDER**ED in Chambers at Miami, Florida this 26 day of April 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied:
Magistrate Judge Lynch
All Counsel Of Record
U.S. Probation Office