# COURT MINUTES

## U.S. MAGISTRATE JUDGE FRANK J. LYNCH, JR.

### FORT PIERCE COURTHOUSE:  Courtroom #108

**DEFT:** ARTHUR LEE SMITH (Bond)   **CASE NO:** 10-14023-CR-GRAHAM

**AUSA:** Ted Cooperstein *present*   **ATTORNEY:** CJA Christopher Haddad *present*

**AGENT:** Shane Snyder, DEA Task Force   **VIOL:** 21:841(a)(1) and 21:846 Conspiracy to PWID cocaine

**PROCEEDING:** Change of Plea   **BOND SET:** $100,000 Personal Surety Bond

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or_____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____.
11) Travel extended to: _____.
12) _____Halfway House _____
    _____Electronic Monitoring _____

*Deft present with counsel,*
*CJA Christopher Haddad*

*Deft sworn and testimony taken*
*re: change of plea*

*Both Deft and Defense counsel accept*
*the Government's essential elements and*
*approve the written Factual Basis for*
*the change of plea (signed by all parties)*

*Deft pleads guilty as to Count 6*
*of the Indictment*

*Court to issue Report and Recommendation*
*adjudging Deft guilty as to Count 6*
*of the Indictment*

*Final sentencing date set 7/23/2010*
*@11:00 a.m. before Judge Graham in*
*Fort Pierce, Florida*

*Deft to remain in custody*

*USPO Pat Hogan, present*

**DISPOSITION: ChangeOfPlea**

**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

**INQUIRY RE COUNSEL:**

**PTD/BOND HEARING:**

**PRELIM/ARRAIGNMENT SET:**

**STATUS CONFERENCE:**

DATE: 5/07/2010   START TIME: 9:30 A.M.   Time in Court: 15 Minutes   Tape #10 -30 - FJL   @ 913   (DAR: 10.17.08)