UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-14023-CR-GRAHAM (MARTINEZ)/LYNCH

UNITED STATES OF AMERICA

v.

ARTHUR LEE SMITH,
    Defendant.
_____/

## STIPULATION AS TO FACTUAL BASIS FOR GUILTY PLEA

The United States of America and the defendant, ARTHUR LEE SMITH (hereinafter the "defendant"), stipulate to the following facts, as a basis for his plea of guilty in this case and which, if this case went to trial, the government would prove (along with other facts) beyond a reasonable doubt:

On July 15, 2009, A Confidential Informant of the Drug Enforcement Administration met DEA Agents and members of the Okeechobee County Sheriff's Office Narcotics Task Force to make a controlled purchase of crack cocaine from Javier WILLIAMS. The CI contacted WILLIAMS by phone and confirmed that WILLIAMS would sell "two (2) blocks" ($100 dollars worth) of crack cocaine to the CI. This call was recorded and made in the presence of law enforcement. The CI left the start/stop site and went to the meet location. The CI arrived at the location at approximately 1710 hours. At approximately 1820 hours, a blue Chrysler 300 arrived at the location, which was bearing Florida tag #DYLBOB. The CI identified WILLIAMS as the driver of the vehicle. Upon arrival, the defendant exited the vehicle and entered the CI's vehicle. The defendant then handed the CI with two (2) blocks of crack cocaine. The CI then requested "one extra block" at which time the defendant provided a third block to the CI. The CI gave the

1

defendant $100 dollars in pre-recorded funds to complete the sale. The defendant exited the vehicle and left with WILLIAMS in the blue Chrysler.

The CI identified WILLIAMS as the driver in the vehicle and the person he spoke with on the phone to set-up the drug purchase. The CI also was shown a photograph of the defendant, whom he/she positively identified as the person who delivered the crack cocaine and received the money at the direction of WILLIAMS. The crack cocaine in the Indian River Crime Laboratory tested positive for the presence of cocaine and weighed 1.2 grams.

_____
ARTHUR LEE SMITH
Defendant

_____
THEODORE M. COOPERSTEIN
Assistant United States Attorney

_____
CHRISTOPHER HADDAD
Attorney for Defendant

5/7/2010
Date