UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-14023-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,
          Plaintiff,
vs.

ARTHUR LEE SMITH,
          Defendant,
_____/

FILED by ____ D.C.
MAY 07 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON SENTENCING

**YOU ARE HEREBY ORDERED** to appear in the United States District Court for the Southern District of Florida on **FRIDAY, JULY 23, 2010** at **11:00 A.M.** for imposition of sentence. On the scheduled date report to **U. S. District Courthouse, Courtroom 106, First Floor, 300 South 6th Street, Fort Pierce, Florida.** You will receive no further notice.

If the above-named defendant has executed a bond, this notice advises the defendant that failure to appear as directed herein could result in being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, upon conviction.

**IT IS FURTHER ORDERED** that a Pre-sentence Investigation and Report shall be completed. Defense counsel shall report this date to the United States Probation Office, Suite 320, 505 South 2nd Street, Ft. Pierce, Florida for interview and further instructions. Defendant on bond shall also report this date with Defense counsel.

**IT IS FURTHER ORDERED** that the assigned Assistant U.S. Attorney will immediately provide the U.S. Probation Office the necessary information to prepare the Prosecution Section of the Pre-Sentence Report. **In addition, all counsel are reminded to comply with Administrative Order 95-02 and the Local Rules of this Court which relate to the sentencing phase of the case. (See L.R. 88.8).**

All motions for Return of Property <u>shall</u> be filed not later than ten (10) days from the date of the plea or conviction. The Government shall respond not later than seven (7) days from receipt of the defendant's motion. Untimely motions for Return of Property can be deemed waived. **All property issues shall be resolved at or prior to sentencing.**

DONE AND ORDERED in open Court this 7th day of May, 2010.

_____
**DONALD L. GRAHAM**
United States District Judge

DEFENSE COUNSEL: _____Christopher Haddad, Esquire_

GOVERNMENT COUNSEL: _Ted Cooperstein, AUSA_

| | | | |
|---|---|---|---|
| GUILTY PLEA | (X) | INTERPRETER: | *English* |
| TRIAL | ( ) | PRISONER NO. | 94366-004 |
| BOND | ( ) | DEFENDANT REMANDED | (X) |